UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BBC WORLDWIDE, LTD., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Docket No. 06-MC-36-GZS |
| | ) | Bankruptcy No. 06-20074 |
| BEE LOAD LIMITED, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER ON MOTION TO DISMISS BANKRUPTCY APPEAL & MOTION TO EXTEND BRIEFING SCHEDULE**

Before the Court are two motions: (1) Bee Load Limited's ("Bee Load") Motion to Dismiss Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8011(a) (Docket # 1) (the "Motion to Dismiss") and (2) Bee Load's Motion for Procedural Order Enlarging Briefing Schedule (Docket # 2) (the "Motion to Extend Briefing Schedule"). On April 7, 2006, BBC Worldwide, Ltd. ("BBCW") filed responses to both of the motions. Having considered the submissions of both sides, the Court hereby DENIES the Motion to Extend Briefing Schedule (Docket # 2) and DENIES WITHOUT PREJUDICE the Motion to Dismiss (Docket # 1).

Within the First Circuit there is currently no categorical rule regarding the finality of decisions to deny relief from an automatic stay. In re Henriquez, 261 B.R. 67, 70 (1st Cir. BAP 2001). Based on the current limited record, the Court considers the analysis found in In re CGE Shattuck, LLC, 255 B.R. 334, 336 (1st Cir. BAP 2000) persuasive. Following the Shattuck analysis, the Court's inclination is to consider the March 16, 2006 Order Denying Emergency Motion for Relief from Automatic Stay a final order that can be properly appealed under 28 U.S.C. § 158(a)(1). However, Henriquez, a more recent decision of the First Circuit Bankruptcy Appellate Panel, suggests that in determining whether an order is, in fact, final for purposes of 28 U.S.C. § 158(a)(1), the Court should consider the "nature of the dispute," "the nature of relief from stay proceedings," as well as the "operative effect" of the order being appealed. Henriquez, 261 B.R. at 72 & n.7. While the parties have attempted to put some of this information before the Court in the

context of the pending Motion to Dismiss, final consideration of these issues is best reserved until the Court has before it the complete record presented in connection with BBCW's March 21, 2006 Notice of Appeal. In short, Bee Load is free to renew its arguments that the March 16, 2006 Order is not final in its brief on the appeal. However, based on the current record, the Motion to Dismiss based on lack of finality is DENIED WITHOUT PREJUDICE. In light of this ruling, it is clear the Motion to Extend Briefing Schedule must be and is hereby DENIED.

       SO ORDERED.

                                           /s/ George Z. Singal
                                           Chief U.S. District Judge

Dated this 10th day of April 2006.